IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAMS,<br><br>    Plaintiff,<br><br> v.<br><br>R. PEREZ, et al.,<br><br>    Defendants. | No. C 12-1691 RMW(PR)<br><br>ORDER DENYING MOTION<br>FOR SIXTY 60 DAY<br>EXTENSION OF TIME<br><br><br>(Docket No. 32.) |

    Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The Court issued an order of service for Defendants R. Perez and J. Juarez. (Docket No. 10.) Defendants R. Perez and J. Juarez filed waivers of reply and demands for jury trial. (Docket Nos. 20 and 28.) Plaintiff has filed a motion for a sixty day extension of time "to respond to the defendants 'Waiver of Reply.'" (Docket No. 32.) Plaintiff's motion DENIED as unnecessary.

    This order terminates docket no. 32.

    IT IS SO ORDERED.

DATED: _____

                                        RONALD M. WHYTE
                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD WILLIAMS,

        Plaintiff,

  v.

R. PEREZ et al,

        Defendant.

Case Number: CV12-01691 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Salinas Valley State Prison
Housing: A-5-143
P.O. Box 1050
Soledad, CA 93960

Dated: December 3, 2012

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk