IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES EDWARD WILLIAMS, | ) | No. C 12-1691 RMW(PR) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME |
| v. | ) ) | |
| R. PEREZ, et al., | ) ) | (Docket No. 51.) |
| Defendants. | ) ) | |

    Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants Ross and Collier have filed a motion to dismiss for failure to state a claim. Defendants' deadline for filing a motion for summary judgment is currently April 22, 2013. They request extending the current deadline pending disposition of the previously filed motion to dismiss. Defendants' motion is GRANTED. The current deadline is VACATED. The court shall set a new briefing schedule after disposition of the motion to dismiss.

    This order terminates docket no. 51.

    IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

Order Granting Defendants' motion for Extension of Time
G:\PRO-SE\SJ.Rmw\CR.12\Williams691vacsche.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD WILLIAMS,

        Plaintiff,

  v.

R. PEREZ et al,

        Defendant.

Case Number: CV12-01691 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Kern Valley State Prison
D-5-113
P.O. Box 5104
Delano, CA 93216

Dated: May 16, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk