|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 | IN THE UNITED STATES DISTRICT COURT |
| 9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN JOSE DIVISION |

| | |
|---|---|
| JAMES EDWARD WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> R. PEREZ, et al., <br><br> Defendants. | C 12-1691 RMW (PR) <br><br> [Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

For good cause appearing, Defendants' request for an extension of time to file a dispositive motion is granted. The current deadline of June 26, 2014 to file a dispositive motion is vacated. Defendants may file a dispositive motion on or before July 28, 2014.

Plaintiff's opposition to the dispositive motion shall be filed no later than thirty days after the date on which Defendants' motion is filed.

///

///

///

///

1

1  Defendants shall file a reply brief no later than fifteen days after the date Plaintiff's
2  opposition is filed.
3  IT IS SO ORDERED.
4  Dated: _____

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD WILLIAMS,

        Plaintiff,

  v.

R. PEREZ et al,

        Defendant.

Case Number: CV12-01691 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Kern Valley State Prison
D-5-113
P.O. Box 5104
Delano, CA 93216

Dated: July 3, 2014

                                  Richard W. Wieking, Clerk
                                  By: Jackie Lynn Garcia, Deputy Clerk