IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES EDWARD WILLIAMS, | ) | No. C 12-1691 RMW(PR) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANTS' MOTION |
| v. | ) ) | FOR EXTENSION OF TIME TO FILE REPLY |
| R. PEREZ, et al., | ) ) | |
| Defendants. | ) ) | (Docket No. 91) |

Plaintiff, a state prisoner proceeding pro se, filed a second amended civil rights complaint ("SAC") pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment. (Docket No. 71.) On September 15, 2014, plaintiff filed an opposition to defendants' motion. (Docket No. 80.) On September 30, 2014, defendants filed a motion for a two-week extension of time to October 14, 2014, to file a reply to allow time to investigate the numerous declarations filed by plaintiff in support of his opposition. (Docket No. 91.) On October 14, 2014, defendants' filed a reply. (Docket No. 96.)[1]

Having shown good cause, defendants' motion for an extension of time to file a reply is **GRANTED**. Defendants' reply filed October 14, 2014 is deemed timely. Defendants' motion for summary judgment is submitted to this court for decision.

This order terminates docket number 91.

---

[1] Plaintiff has filed a request for an extension of time due to a prison lockdown. (Docket No. 98.) Plaintiff's motion for an extension of time is denied as moot.

Order Granting Defendants' Motion for Extension of Time to File Reply

1   IT IS SO ORDERED.
2   DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Defendants' Motion for Extension of Time to File Reply
P:\PRO-SE\RMW\CR.12\Williams691eot-reply.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAMS,<br><br>      Plaintiff,<br><br>   v.<br><br>R. PEREZ et al,<br><br>      Defendant. | Case Number: CV12-01691 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Williams V-54214
Kern Valley State Prison
D-5-113
P.O. Box 5104
Delano, CA 93216

Dated: December 17, 2014

                                                  Richard W. Wieking, Clerk
                                                  By: Jackie Lynn Garcia, Deputy Clerk