UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EDWARD WILLIAMS, | No. 5:12-CV-1691 RMW (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| R. PEREZ, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JAMES EDWARD WILLIAMS, inmate no. V-54214, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: April 23, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Kern Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of JAMES EDWARD WILLIAMS, inmate no. V-54214, n your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, at 2:00 p.m. on May 29, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Williams v. Perez, et al, and

1  at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or
2  abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of
3  said prisoner, and further to produce said prisoner at all times necessary until the termination of the
4  proceedings for which his testimony is required in this Court;

5  Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: April 23, 2015

9  RICHARD WIEKING
   CLERK, UNITED STATES DISTRICT COURT

11 By: Linn Van Meter
       Administrative Law Clerk

15 Dated: April 23, 2015

   _____
   NANDOR J. VADAS
   United States Magistrate Judge



2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EDWARD WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>R. PEREZ, et al.,<br><br>        Defendants.<br>_____/ | No.  5:12-CV-01691 RMW  (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on April 23, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

James Edward Williams
V-54214
Kern Valley State Prison
D-5-113
P.O. Box 5104
Delano, CA 93216-5104

Litigation Coordinator
Kern Valley State Prison
P.O. Box 6000
Delano, CA  93216-6000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3