IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>R. PEREZ, et al.,<br><br>Defendants. | No. C 12-1691 RMW (PR)<br><br>ORDER APPOINTING COUNSEL |

Plaintiff, a state prisoner proceeding pro se, filed a second amended civil rights complaint under 42 U.S.C. § 1983, alleging that officials at Salinas Valley State Prison violated his rights under the Eighth Amendment. On July 24, 2015, the court referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program to find counsel.

The Federal Pro Bono Project of the Volunteer Legal Services Program has informed the court that Dargaye Churnet and Lynn Pasahow of Fenwick & West LLP, located at 555 California Street, San Francisco, CA 94101, have agreed to serve as appointed pro bono counsel for plaintiff. Thus, Dargaye Churnet and Lynn Pasahow are hereby APPOINTED as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines. The scope of this referral shall be for all purposes for the duration of the case.

The Clerk shall set this matter for a case management conference within 90 days of the

Order Appointing Counsel
P:\PRO-SE\RMW\CR.12\Williams691apptcounsel.wpd

filing date of this order.

    IT IS SO ORDERED.

DATED: 8/17/2015

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Appointing Counsel
P:\PRO-SE\RMW\CR.12\Williams691apptcounsel.wpd

2