1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12  | | |
|---|---|
| **JAMES EDWARD WILLIAMS,** | C 12-1691 RMW (PR) |
| Plaintiff, | ~~[Proposed]~~ **ORDER GRANTING DEFENDANTS' REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE OCTOBER 30, 2015 CASE MANAGEMENT CONFERENCE** |
| v. | |
| **R. PEREZ, et al.,** | |
| Defendants. | |

18

19          For good cause appearing, Defendants' request for permission to appear telephonically at

20  the October 30, 2015 Case Management Conference is granted.  Defendants are directed to

21  contact CourtCall Remote Court Appearances and to adhere to CourtCall's procedures.

22          IT IS SO ORDERED.

23      Dated: 10/28/2015        _Ronald M. Whyte_____
                                 THE HONORABLE RONALD M. WHYTE
24                               United States District Judge

25
26
27
28
                                          1