UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. PEREZ, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-01691-RMW<br><br>**ORDER LIFTING STAY AND REOPENING CASE**<br><br>Re: Dkt. Nos. 103, 115 |

　　Following the Court's Order of August 17, 2015 appointing Counsel [Dkt.115].  The Court lifts the stay which was imposed in the Court's Order Order Denying Defendants' Motion For Summary Judgment; Referring Case to Pro Se Settlement Program [Dkt.103] and the Clerk is directed to re-open the case.

　　**IT IS SO ORDERED.**

Dated: October 30, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　United States District Judge