1  LYNN PASAHOW
   State Bar No. 54283
2  lpasahow@fenwick.com
   DARGAYE CHURNET
3  State Bar No. 303659 dchurnet@fenwick.com
   FENWICK & WEST LLP
4  555 California Street, 12th Floor
   San Francisco, CA  94104
5  Telephone:    415.875.2300
   Facsimile:    415.281.1350
6  *Attorneys for Plaintiff James Edward Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JAMES EDWARD WILLIAMS,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**R. PEREZ, et al.,**<br><br>                                    Defendants. | C 12-1691 RMW (PR)<br><br>**[~~PROPOSED~~] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Judge:         The Honorable<br>                    Ronald M. Whyte<br>Trial Date:   October 24, 2016<br>Action Filed: April 4, 2012 |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus ad Testificandum for the person of JAMES EDWARD WILLIAMS, inmate number V-54214, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

DATED:   December 10   , 2015

_____
THE HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge

1

[~~Proposed~~] Order and Writ of Habeas Corpus ad Testificandum (C 12-1691 RMW (PR))

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, Kern Valley State Prison

GREETINGS

We command that you have and produce the body of JAMES EDWARD WILLIAMS, inmate number V-54214, in your custody at Kern Valley State Prison, before the United States District Court in Courtroom 7, 4th Floor, 280 South First Street, San Jose, at 9:30 a.m. on December 21, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCES in the matter of *Williams v. Perez, 12-1691 RMW (PR)*, and at the termination of said hearing return him forthwith to Kern Valley State Prison, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further that you produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nathanael M. Cousins, Magistrate Judge of the United States District Court for the Northern District of California.

DATED:   December 10   , 2015

By: Deputy Clerk _____
SUSAN Y. SOONG
CLERK, UNITED STATES DISTRICT COURT

DATED:   December 10   , 2015

_____
THE HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge