

**KAMALA D. HARRIS**
*Attorney General*

**State of California
DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5975
Facsimile: (415) 703-5843
E-Mail: Trace.Maiorino@doj.ca.gov

December 11, 2015

The Honorable Magistrate Judge Nathanael Cousins
United States District Court
Northern District of California, San Jose
280 South First Street, #2112
San Jose, CA 95113-3008

RE: J. E. Williams v. R. Perez, et al.
<u>United States District Court, Northern District of California, Case No. C 12-1691 RMW (PR)</u>

Dear Honorable Magistrate Judge Nathanael Cousins:

The Court has scheduled this matter for a December 21, 2015 settlement conference at 9:30 a.m. in San Jose, California. On behalf of California Department of Corrections and Rehabilitation Staff Counsel Mike Davis, we are asking the Court's permission for him to appear telephonically at the upcoming settlement conference. Mr. Davis recently transferred to CDCR's Rancho Cucamonga office. In light of the upcoming holiday and limited resources, Mr. Davis has not been able to secure coverage by another CDCR attorney from the Sacramento office.

Sincerely,

*Trace Maiorino*

TRACE O. MAIORINO
Deputy Attorney General

For KAMALA D. HARRIS
Attorney General

TOM:hs

cc: Deputy Clerk Lili Harrell
Dargaye Churnet, Fenwick and West LLP, Plaintiff's attorney

SF2012205019 20795978.doc

**GRANTED**
Judge Nathanael M. Cousins

Mr. Davis must be available beginning at 9:30 a.m. and for the duration of the conference set for December 21.

# CERTIFICATE OF SERVICE

Case Name:    J. E. Williams v. R. Perez, et al.
Case No.:     C 12-1691 RMW (PR)

I hereby certify that on <u>December 11, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

    LETTER DATED 12/11/2015

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 11, 2015</u>, at San Francisco, California.


      J. Mathis                                /s/ Mathis
      Declarant                                Signature

SF2012205019
20796221.doc